ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| CARLISLE LOGISTICS, LLC | § | CASE 22-31885-11 |
| | § | |
| DEBTOR | § | |

## MOTION TO DISMISS

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, 1100 COMMERCE STREET, 12TH FLOOR, DALLAS, TEXAS 75242, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREST, SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.**
**IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Carlisle Logistics, LLC Debtor in the above styled and numbered cause, files this its Motion to Dismiss ("Motion"), and in support thereof would respectfully show unto the Court as follows:

1. On or about October 10, 2022, Debtor filed its Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code and has continued in possession of its property and operation of its business as a Debtor-in-Possession pursuant to §1184 of the Bankruptcy Code.

2. The Debtor operates a trucking business.

3. The Debtor had proposed a Plan of Reorganization ("Plan") , however the Debtor's principal Fred Carlisle was injured and has not been able to work and generate sufficient income to make the Plan feasible.

4. The Debtor has delayed confirmation of the Plan to see if Mr Carlisle improved and if the business operations could return to a level to make the Plan feasible.

5. While Mr Carlisle has improved, the business operations have not. The Debtor does not have sufficient consistent income to make the Plan feasible.

6. The Debtor cannot confirm its Plan and requests the case be dismissed pursuant to 11 U.S.C. § 1112.

WHEREFORE PREMISES CONSIDERED, Debtor respectfully prays this Honorable Court enter an Order Dismissing the above case, and for such other and further relief in law or in equity to which the Debtor may show itself justly entitled.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 850
Dallas, Texas  75251
(972) 991-5591

(972) 991-5788 - fax


BY: /s/ Eric Liepins
ERIC A. LIEPINS, SBN 12338110


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors of the estate on this the 17th day of May 2023


__/s/ Eric Liepins_____
Eric A. Liepins